PEARCE, ET AL. V. HAAS.

*Estate Matters.*

APPEAL from Mobile Probate Court.
Heard before Hon. PRICE WILLLIAMS, JR.
GREGORY L. & H. T. SMITH, for appellant.
PILLANS, HANAW & PILLANS, and WILLIAM COWLEY,
for appellee.
Per curiam.—Appeal dismissed.

———

SMITH V. THE STATE.

*Murder.*

APPEAL from Lee Law and Equity Court.
Heard before Hon. A. E. BARNETT.
No counsel marked for appellant.
ALEXANDER M. GARBER, Attorney-General, for the
State.
MAYFIELD, J.—There is no error in the record.
Affirmed.
DOWDELL, C. J., SIMPSON and DENSON, JJ., concur.

———

STATE EX REL. HERVEY V. WILLIAMS.

*Mandamus.*

APPEAL from Mobile Circuit Court.
Heard before Hon. SAMUEL B. BROWNE.
LESLIE HALL, and F. O. HOFFMAN, for appellant.
NICHOLAS E. STALLWORTH, for appellee.
Per curiam.—Affirmed for want of assignments of er-
ror.